UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Oct 22  11 12 AM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| TRUGREEN LANDCARE, LLC,<br>Plaintiff<br><br>v.<br><br>EJL, INC. and<br>EDMOND LAFLAMME,<br>Defendants | C.A. No. 3:01 CV 02335-MRK |

## JOINT MOTION TO MARK MATTER FOR STATUS CONFERNECE

Now come the parties in the above-entitled matter and respectfully request that this matter be marked for a Status Conference at 2:15 on October 28, 2003. As grounds for this Motion, the parties state that a companion case (C.A. 3:02-CV-2303), is already scheduled for a Status Conference before the Honorable Mark R. Kravitz at that time. In light of the fact that the cases are related, it would be judicially efficient to have a Status Conference on both matters at the same time.

{00044731.DOC}

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| ELJ, INC. and<br>EDMOND LAFLAMME<br>By their attorneys, | TRUGREEN LANDCARE, LLC<br>By its attorneys, |

*[signature]*
Joseph Yamin – Firm Juris No. 418063
Yamin & Grant LLC
182 Grand Street, Suite 417
Waterbury, CT 06702
Tel. _____

*[signature]*
Paul Michienzie MA BBO #548701
(Pro Hac Vice, Temp.
Fed. ID #ct23367)
David P. Russman –
MA. BBO #567796
(Pro Hac Vice, Temp.
Fed. ID #ct23339)
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel. 617-227-5660

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document upon

Joseph Yamin, Esq.
Yamin & Grant LLC
182 Grand Street, Suite 417
Waterbury, CT 06702

the attorney of record for EJL, Inc. and Edmond LaFlamme by mail on
__10/21/03__.

*[signature]*
David P. Russman