# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TRUGREEN LANDCARE, LLC,           :
                                        :

            Plaintiff,                :

                                          :

v.                                      :      CIVIL NO.     3:01CV2335 (MRK)

                                          :

EJL, INC. and EDMOND LAFLAMME,    :

                                        :

            Defendants.              :

## **ORDER**

Parties' Joint Motion To Mark Matter For Status Conference (Doc. #11), dated

October 22, 2003, is DENIED AS MOOT.  A status conference was held on October 28, 2003.


IT IS SO ORDERED.


/s/                 Mark R. Kravitz
                        U.S.D.J.


Dated at New Haven, CT: November 7, 2003