UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Jan 30  10 09 AM '04

U.S. [illegible]
N[illegible]

| | |
|---|---|
| TRUGREEN LANDCARE, LLC,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | )    C.A. No. 3:01 CV 02335-MRK<br>) |
| EJL, INC. and<br>EDMOND LAFLAMME,<br>Defendants | )<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Now come the parties in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that the within action is dismissed including all counterclaims with prejudice and without costs, and each party waives all rights of appeal.

Respectfully submitted,                                   Respectfully submitted,

ELJ, INC. and
EDMOND LAFLAMME                                 TRUGREEN LANDCARE, LLC
By their attorneys,                                              By its attorneys,

*/s/ Joseph Yamin (cps)*                                   */s/ Paul Michienzi*
Joseph Yamin – Firm Juris No: 418063           Paul Michienzi, MA BBO #548701
Yamin & Grant LLC                                           (Pro Hac Vice, Temp.
182 Grand Street, Suite 417                            Fed. ID #ct23367)
Waterbury, CT 06702                                      David Russman, MA BBO #567796
Tel.203-574-5175                                             (Pro Hac Vice, Temp.
                                                                          Fed. ID #ct23339)
                                                                          Michienzie & Sawin LLC
                                                                          745 Boylston Street, 5th Floor
                                                                          Boston, MA 02116
                                                                          Tel. 617-227-5660

{00048630.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document upon

Joseph Yamin, Esq.
Yamin & Grant LLC
182 Grand Street, Suite 417
Waterbury, CT 06702

the attorney of record for EJL, Inc. and Edmond LaFlamme by mail on
1/29/04 .

_____
David P. Russman

{00048630.DOC}                           2