UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

TRUGREEN LANDCARE, LLC, )
    Plaintiff )
)
v. ) C.A. No. 3:01 CV 02335-MRK
)
EJL, INC. and )
EDMOND LAFLAMME, )
    Defendants )
)

### STIPULATION OF DISMISSAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Now come the parties in the above-referenced action pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that the within action is dismissed including all counterclaims with prejudice and without costs, and each party waives all rights of appeal.

Respectfully submitted,

ELJ, INC. and
EDMOND LAFLAMME
By their attorneys,

_____
Joseph Yamin – Firm Juris No: 418063
Yamin & Grant LLC
182 Grand Street, Suite 417
Waterbury, CT 06702
Tel: 203-574-5175

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
    Deputy Clerk

{00048630.DOC}

Respectfully submitted,

TRUGREEN LANDCARE, LLC
By its attorneys,

_____
Paul Michienzie, MA BBO #548701
(Pro Hac Vice, Temp.
Fed. ID #ct23367)
David Russman, MA BBO #567796
(Pro Hac Vice, Temp.
Fed. ID #ct23339)
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel. 617-227-5660